IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **STANDARD CONTRACTORS INC.** | * |
| | * |
| Plaintiff, | * |
| | *   CIVIL ACTION |
| vs. | *   FILE NO. 7:14-CV-66 |
| | * |
| **NATIONAL TRUST INSURANCE** | * |
| **COMPANY and AQUA DESIGNS** | * |
| **SYSTEMS, INC.** | * |
| | * |
| Defendants. | * |

### CONSENT ORDER DISMISSING WITHOUT PREJUDICE ALL CLAIMS AND COUNTERCLAIMS BETWEEN STANDARD CONTRACTORS, INC. AND AQUA DESIGNS SYSTEMS, INC. AND DROPIING AQUA DESIGNS SYSTEMS, INC. AS A PARTY DEFENDANT

Having reviewed and considered the Joint Motion to Dismiss Claims and Counterclaims Without Prejudice and to Drop a Party Defendant, **IT IS ORDERED** as follows:

All claims brought by Standard Contractors, Inc. against Aqua Designs Systems, Inc. in this matter and all counterclaims brought by Aqua Designs Systems, Inc. against Standard Contractors, Inc. in this matter are dismissed without prejudice. As a consequence of such dismissals, Aqua Designs Systems, Inc. is dismissed without prejudice as a party from this matter.

**SO ORDERED** this  3rd day of  June , 2014.

                                                  s/ Hugh Lawson
                                                Hugh Lawson
                                                United States Senior District Judge