IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **STANDARD CONTRACTORS INC.** | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION |
| vs. | * FILE NO. 7:14-CV-66 |
| | * |
| **NATIONAL TRUST INSURANCE COMPANY and AQUA DESIGNS SYSTEMS, INC.** | * |
| | * |
| | * |
| | * |
| Defendants. | * |

### CONSENT ORDER GRANTING MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS

Having reviewed and considered the Joint Motion to Stay Discovery Pending Ruling on Motion to Dismiss, **IT IS ORDERED** as follows:

Discovery in this matter is hereby stayed until the Court's ruling on National Trust Insurance Company's Motion to Dismiss For Failure to State a Claim Upon Which Relief Can Be Granted.

**SO ORDERED** this 17th day of June, 2014.

s/Hugh Lawson
Hugh Lawson
United States Senior District Judge