# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**STANDARD CONTRACTORS, INC.**,

    Plaintiff,

v.

**NATIONAL TRUST INSURANCE COMPANY**,

    Defendant.

Civil Action No. 7:14-CV-66 (HL)

## ORDER

Pursuant to Local Rule 87, all parties are ordered to file a corporate disclosure statement by no later than June 30, 2014. Failure to do so will result in sanctions against the party and/or counsel.

**SO ORDERED** this 19th day of June, 2014.

                                  *s/ Hugh Lawson*
                                  **HUGH LAWSON, SENIOR JUDGE**

aks